UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:   **LANE, MICHAEL**                                           Case No. 13-30408
                                                                                                    Chapter 7
     Debtor.
_____/

**OBJECTION TO EXEMPTIONS**

**COMES NOW** the Chapter 7 Trustee, **SHERRY FOWLER CHANCELLOR**, by and through the undersigned attorney and files this her Objection to Exemptions and as grounds therefore would show:

    1.  The Debtor filed a Chapter 7 Bankruptcy on April 2, 2013 and the undersigned was appointed as interim trustee on April 3, 2013.

    2.  The Debtor did not claim the homestead as exempt; however in the Statement of Intention, the debtor has listed his intention to reaffirm debt with Vanderbuilt Mortgage and retain his interest in homestead.  The debtor is therefore receiving the benefit of the homestead exemption and claiming the wildcard exemption.

    3.  The Florida Statues do not allow a Debtor to receive benefit under §222.25(4) for overage in personal property, wildcard exemption and keep homestead.  The debtor should be forced to make a decision and claim either homestead or wildcard.

**WHEREFORE,** the Trustee prays this Court to Sustain this Objection to Exemptions and Grant such further relief the Court deems necessary and just.

**RESPECTFULLY SUBMITTED** this 6 day of May, 2013.

    /s/Sherry F. Chancellor
Sherry F. Chancellor
Florida Bar # 434574
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent to Harold F. Peek, Jr., PO Box 36, Valparaiso, FL 32580; Michael S. Lane, 6795 Trammel Drive, Milton, FL 32570 and Charles Edwards, 110 East Park Avenue, #128, Tallahassee, Florida 32301, by electronic means this the 6 day of May, 2013.

    /s/ Sherry Chancellor
Sherry Fowler Chancellor
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445
Florida Bar Number 434574